UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVOLVE BIOSYSTEMS, INC.; AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 19-cv-5859<br>)<br>) Hon. Judge John Z. Lee<br>) Hon. Magistrate Judge Sidney I. Schenkier<br>)<br>)<br>)<br>) |

**PARTIES' JOINT AGREED MOTION
FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

　　Plaintiff Evolve BioSystems, Inc., Plaintiff The Regents of the University of California, and Defendant Abbott Laboratories, Inc. (collectively, "the Parties") jointly move for entry of a stipulated protective order, in the form of the Proposed Stipulated Protective Order filed contemporaneously herewith.

　　On December 18, 2019, the Court ordered the Parties to jointly move for entry of a proposed protective (confidentiality) order by January 8, 2020. (ECF No. 40.) The Parties have agreed to the attached Proposed Stipulated Protective Order, subject to approval by the Court. Accordingly, and as ordered by the Court, the Parties hereby jointly move for approval and entry of the Proposed Stipulated Protective Order.

　　As required by the Court's Case Procedures regarding proposed protective (confidentiality) orders, a redlined document is also attached as an exhibit, showing differences between the Parties' Proposed Stipulated Protective Order and the Court's model order.

sf-4164054

Dated: January 8, 2020        By:    /s/ Matthew A. Chivvis

    Matthew A. Chivvis (admitted *pro hac vice*)
     *mchivvis@mofo.com*
    Parisa Jorjani (admitted *pro hac vice*)
     *pjorjani@mofo.com*
    Stephanie Blij (admitted *pro hac vice*)
     *sblij@mofo.com*
    **Morrison & Foerster LLP**
    425 Market Street
    San Francisco, CA 94105
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522

    James R. Hancock (admitted *pro hac vice*)
     *jhancock@mofo.com*
    **Morrison & Foerster LLP**
    755 Page Mill Road
    Palo Alto, CA 94304
    Telephone: (650) 813-5600
    Facsimile: (650) 494-0792

    Todd H. Flaming
     *TF@TFLaw.US*
    **Todd Flaming LLC**
    20 South Clark Street, Suite 2620
    Chicago, IL 60603
    Telephone: (312) 447-7217

    *Attorneys for Plaintiffs Evolve BioSystems, Inc.*
    *and The Regents of the University of California*

Dated: January 8, 2020        By:   */s/ Dan H. Hoang*

                                    Nimalka R. Wickramasekera
                                    WINSTON & STRAWN LLP
                                    333 South Grand Ave.
                                    Los Angeles, CA 90071
                                    Telephone: (213) 615-1700
                                    Facsimile: (213) 615-1750
                                    Email: nwickramasekera@winston.com

                                    Chuck Klein (admitted *pro hac vice*)
                                    WINSTON & STRAWN LLP
                                    1700 K Street, N.W.
                                    Washington, D.C. 20006-3817
                                    Telephone: (202) 282-5000
                                    Facsimile: (202)282-5100
                                    Email: cklein@winston.com

                                    Michael R. Rueckheim
                                    WINSTON & STRAWN LLP
                                    275 Middlefield Road, Suite 205
                                    Menlo Park, CA 94025
                                    Telephone: (650) 858-6500
                                    Facsimile: (650) 858-6555
                                    Email: mrueckheim@winston.com

                                    Dan H. Hoang
                                    WINSTON & STRAWN LLP
                                    35 W. Wacker Drive
                                    Chicago, IL 60601-9703
                                    Telephone: (312) 558-5600
                                    Facsimile: (312) 558-5700
                                    Email: dhoang@winston.com

                                    *Attorneys for Defendant*
                                    *Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 8, 2020, a copy of the Parties' Joint Agreed Motion for Entry of Stipulated Protective Order was served via ECF on counsel of record:

Nimalka R. Wickramasekera
WINSTON & STRAWN LLP
333 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: nwickramasekera@winston.com

Michael R. Rueckheim
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6555
Email: mrueckheim@winston.com

Charles B. Klein (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: cklein@winston.com

Dan H. Hoang
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dhoang@winston.com

*Attorneys for Defendant*
*Abbott Laboratories, Inc.*

Dated: January 8, 2020                    By:  */s/ Matthew A. Chivvis*
                                               Matthew A. Chivvis